## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTOPHER B. TAYLOR,** | ) |
| | ) |
| Petitioner, | ) |
| | ) **CIVIL NO. 08-cv-039-DRH** |
| vs. | ) |
| | ) **CRIMINAL NO. 04-cr-30095** |
| **D. B. DREW,** | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

August 15, 2008      By:      /s/      DavidRHerndon
*Date*                            *Chief Judge*